UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| **Wendy R. Oliver, Clerk** | **Deputy-in-Charge** |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(713) 421-9200* |

NOTICE OF SETTING
Before Judge Mark S. Norris, United States District Judge

November 14, 2023

RE:  2:23cr20191-MSN
*USA v. EMMITT MARTIN, III, TADARRIUS BEAN, DEMETRIUS HALEY, JUSTIN SMITH*

Dear Sir/Madam:

A **REPORT DATE** has been **SET** on **TUESDAY, DECEMBER 19, 2023** at **09:00 AM** in **Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee**.

As to defendants on bond, failure to appear as directed will result in a forfeiture of that defendant's appearance bond and issuance of a warrant for his or her arrest.

**THE DEFENSE COUNSEL SHALL PERSONALLY CONTACT THE DEFENDANT TO INSURE HIS/HER ATTENDANCE AT THE DESIGNATED TIME.**

If you have any questions about this matter, please contact the case manager at the telephone number provided below.

Sincerely,
WENDY R. OLIVER, CLERK

BY:   S/ *Zandra Frazier*
Zandra Frazier, Case Manager
901-495-1277
E-mail: zandra_frazier@tnwd.uscourts.gov