IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                     Case No. 2:23-cr-20191-MSN

EMMITT MARTIN, III,

    Defendant.

## ORDER GRANTING IN PART MOTION TO CONTINUE SENTENCING HEARING AND CORRESPONDING DEADLINES

Before the Court is Defendant Emmitt Martin, III's Motion to Continue Sentencing Hearing and Corresponding Deadlines (ECF No. 692, "Motion") filed October 30, 2024. The Motion requests a continuance of Defendant's sentencing hearing, currently scheduled for December 5, 2024, at 9:30 AM, by 90 days. The Government does not oppose the requested continuance.

The Court finds that additional time is warranted for the reasons stated in Defendant's Motion. Accordingly, the Court **ORDERS** that Defendant's sentencing hearing is **CONTINUED** to **January 28, 2025, at 9:30 AM**, and that all corresponding deadlines related to the sentencing hearing are extended accordingly.

Defendant's Motion is **GRANTED IN PART** to the extent outlined above and **DENIED** in all other respects.

**IT IS SO ORDERED**, this 27th day of November, 2024.

                                                                                *s/ Mark S. Norris*
                                                                                MARK S. NORRIS

                                                                UNITED STATES DISTRICT JUDGE