# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              Case No. 2:23-cr-20191-MSN

EMMITT MARTIN, III,

    Defendant.

## ORDER DIRECTING GOVERNMENT RESPONSE
## AND DEFENDANT UPDATE ON STATE CHARGES

Before the Court is Defendant Emmitt Martin, III's Unopposed Motion to Continue Sentencing Hearing and Corresponding Deadlines (ECF No. 838, "Motion"). Defendant is set for sentencing on Wednesday, June 18, 2025, at 9:30 a.m. Defendant filed this Motion on June 11, 2025, one week before his scheduled sentencing.

The Motion states that the Government agrees to a short continuance but does not agree on the grounds asserted by Defendant. To clarify the record, the Court **ORDERS** the following:

The Government shall file a written response to the Motion by noon on Friday, June 13, 2025. The response must identify which grounds, if any, the Government agrees would support a continuance. Defendant is also ordered to update the Court by the same deadline on the current status and next setting of his pending state charges.

**IT IS SO ORDERED**, this 11th day of June, 2025.

                                                                                    *s/ Mark S. Norris*
                                                                                    MARK S. NORRIS
                                                                                    UNITED STATES DISTRICT JUDGE