**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

---

**NOTICE OF SETTING**
Before Chief Judge Sheryl H. Lipman, United States District Judge

---

June 16, 2025

RE:   **2:23-cr-20191-SHL**
      **USA v. (1) Emmitt Martin, III**
      **(2) Tadarrius Bean**
      **(3) Demetrius Haley**
      **(4) Desmond Mills, Jr.**
      **(5) Justin Smith**

Dear Sir/Madam:

A **STATUS CONFERENCE has been SET for FRIDAY, JUNE 20, 2025** at **10:00 A.M.** before **Chief Judge Sheryl H. Lipman** in **Courtroom No. 1, 11th floor of the Federal Building, Memphis, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
WENDY R. OLIVER, CLERK
BY:   *s/Melanie Mullen*,
      Case Manager for Chief Judge Sheryl H. Lipman
      901-495-1255
      melanie_mullen@tnwd.uscourts.gov