UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

*Wendy R. Oliver, Clerk*　　　　　　　　　　　　　　　　　　　　　　　　　*Deputy-in-Charge*
*242 Federal Building*　　　　　　　　　　　　　　　　　　　　　　*U.S. Courthouse, Room 262*
*167 N. Main Street*　　　　　　　　　　　　　　　　　　　　　　*111 South Highland Avenue*
*Memphis, Tennessee 38103*　　　　　　　　　　　　　　　　　　　*Jackson, Tennessee 38301*
*(901) 495-1200*　　　　　　　　　　　　　　　　　　　　　　　　　　　*(731) 421-9200*

---

NOTICE OF SETTING
Before Chief Judge Sheryl H. Lipman, United States District Judge

---

July 24, 2025

RE:　**2:23-cr-20191-SHL**
　　　USA v. MARTIN, et al.

Dear Sir/Madam:

The following **SENTENCING HEARINGS** have been **SET** before **Chief Judge Sheryl H. Lipman** at the below dates and times in Courtroom No. 1, 11th floor of the Federal Building, Memphis, Tennessee.

| Name of Defendant | Date | Time |
|---|---|---|
| (1) Emmitt Martin, Jr. | Thursday, December 18, 2025 | 9:30 AM |
| (2) Tadarrius Bean | Monday, December 15, 2025 | 9:30 AM |
| (3) Demetrius Haley | Wednesday, December 17, 2025 | 9:30 AM |
| (4) Desmond Mills, Jr. | Friday, December 19, 2025 | 9:30 AM |
| (5) Justin Smith | Tuesday, December 16, 2025 | 9:30 AM |

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　WENDY R. OLIVER, CLERK
　　　　　　　　　　　　　　　　　BY:　*s/Joseph P. Warren*,
　　　　　　　　　　　　　　　　　　　　Case Manager Supervisor
　　　　　　　　　　　　　　　　　　　　901-495-1242
　　　　　　　　　　　　　　　　　　　　joseph_warren@tnwd.uscourts.gov