**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

*Wendy R. Oliver, Clerk*                                    *Deputy-in-Charge*
*242 Federal Building*                                 *U.S. Courthouse, Room 262*
*167 N. Main Street*                                  *111 South Highland Avenue*
*Memphis, Tennessee 38103*                            *Jackson, Tennessee 38301*
*(901) 495-1200*                                                  *(731) 421-9200*

---

**NOTICE OF SETTING**
**Before Chief Judge Sheryl H. Lipman, United States District Judge**

---

July 24, 2025

RE:   **2:23-cr-20191-SHL**
      *USA v. (1) EMMITT MARTIN, III,*
      *(2) TADARRIUS BEAN,*
      *(3) DEMETRIUS HALEY,*
      *(4) DESMOND MILLS, JR. &*
      *(5) JUSTIN SMITH*

Dear Sir/Madam:

A **REPORT DATE** has been **SET** on **THURSDAY, SEPTEMBER 25, 2025** at **2:00 P.M.** before **Chief Judge Sheryl H. Lipman** in **Courtroom No. 1, 11th floor of the Federal Building, Memphis, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

                        Sincerely,
                        WENDY R. OLIVER, CLERK
                        BY:   *s/Joseph P. Warren*,
                              Case Manager Supervisor
                              901-495-1242
                              joseph_warren@tnwd.uscourts.gov