IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                                             No. 2:23-CR-20191-SHL

**EMMITT MARTIN, III,
TADARRIUS BEAN, DEMETRIUS
HALEY, DESMOND MILLS, JR.,
AND JUSTIN SMITH**

    Defendant.

## MOTION TO REINSTATE PRETRIAL CONDITIONS OF TADARRIUS BEAN

    **COMES NOW** Defendant, Tadarrius Bean, by and through counsel, presenting his motion to reinstate the bail status of Tadarrius Bean to release without the requirement of restriction of travel or electronic monitoring. In support of this motion, the movant states as follows:

1. Tadarrius Bean went to trial from September 9 through October 3, 2024, based on Civil Rights of Excessive Force, Failure to Intervene, Deprivation, Conspiracy, and Obstruction of Justice-Witness Tampering.

2. At the conclusion of the trial, Defendant Bean was convicted of Obstruction of Justice-Witness Tampering.

3. By order of the Honorable Sherly Lipman, the preceding conviction of Obstruction of Justice has been vacated, and a new trial has been ordered.

4. Prior to the electronic monitoring being required, Defendant Bean met all court ordered dates, times, and conditions without issue.

**THEREFORE**, Defendant Bean, not having any violations or sanctions related to violating conditions of release, hereby asks this Court to reinstate his status to that of his previous pretrial conditions.

Respectfully Submitted,

_____
John Keith Perry, Jr., (TNB#24283)
Attorney for Tadarrius Bean
5699 Getwell Road. Bldg. G5
Southaven, MS 38672
P: 662-536-6868
F: 662-536-6869
Email: JKP@PerryGriffin.com

## CERTIFICATE OF SERVICE

  I, John Keith Perry, certify that I have filed a true and correct copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

**David Pritchard**
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main Ste. 800
Memphis, TN 38103
Email: david.pritchard2@usdoj.gov

**Forrest Christian**
DOJ-CRT
950 Pennsylvania Avenue, NW Building
Room 7116
Washington, DC 20530
Email: Forrest.Christian@usdoj.gov

**Kathryn Gilbert**
DOJ-CRT
950 Pennsylvania Ave NW
Washington, DC 20530
Email: kathryn.gilbert@usdoj.gov

**Elizabeth Jane Rogers**
US ATTORNEY'S OFFICE
167 N. Main Suite 800
Memphis, TN 38103
elizabeth.rogers@usdoj.gov

**Andrew Manns**
DOJ-CRT
150 M Street NE
Washington, DC 20002
andrew.manns@usdoj.gov

**William D. Massey**
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128
Email: masseymccluskylaw@gmail.com

**Stephen R. Leffler**
LAW OFFICE OF STEPHEN R. LEFFLER, P.C.

2670 Union Avenue Ext Suite 819
Memphis, TN 38112
stephenrleffler@yahoo.com

**Michael Stengel**
MICHAEL J. STENGEL, ATTORNEY AT LAW
619 South Cooper Street Memphis, TN 38104
Email: stengel12260@mjspc.com

**Martin W. Zummach**
SPARKMAN ZUMMACH, P.C.
P.O. Box 266 Southaven, MS 38671-0266
Email: martin@sparkman-zummach.com

This the 9th day of September 2025.

_____
JOHN KEITH PERRY, JR.