IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 2:23-cr-20191-MSN |
| ) | |
| ) | |
| **JUSTIN SMITH,** *et al.,* ) | |
| ) | |
| Defendants. ) | |

# UNITED STATES' NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291, 18 U.S.C. § 3731, and Rule 4(b)(1)(B)(i) of the Federal Rules of Appellate Procedure, notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Sixth Circuit from the Order Granting Motions for New Trial (Doc. 919) entered on August 28, 2025.

        Respectfully submitted,

        JOSEPH C. MURPHY JR.
        United States Attorney

        KAREN HARTRIDGE
        JOSH MORROW
        Assistant United States Attorneys
        167 N. Main Street, Ste. 800
        Memphis, TN 38103

        HARMEET K. DHILLON
        Assistant Attorney General
        Civil Rights Division
        U.S. Department of Justice

By:   s/ Kathryn E. Gilbert
       FORREST CHRISTIAN

Deputy Chief
KATHRYN E. GILBERT
Special Litigation Counsel
ANDREW MANNS
Trial Attorney
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 616-2430
kathryn.gilbert@usdoj.gov

## CERTIFICATE OF SERVICE

I, Kathryn E. Gilbert, hereby certify that on the date below, I electronically filed the foregoing with the Clerk of Court for the Western District of Tennessee via the Electronic File System, which sent notification of said filing to defense counsel.

s/ Kathryn E. Gilbert
KATHRYN E. GILBERT
September 23, 2025
