# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff,**

vs.                                                         **Case No.: 2:23-cr-20191-SHL**

**EMMITT MARTIN, III,**
**TADARRIUS BEAN, DEMETRIUS**
**HALEY, DESMOND MILLS, JR.,**
**AND JUSTIN SMITH**

    **Defendant.**

## NOTICE OF APPEAL

**COMES NOW,** Tadarrius Bean, by and through counsel, files this appeal and asserts the following:

1. On September 23, 2025, the U.S. Department of Justice filed an appeal of the August 28, 2025, order from U.S. District Court Sheryl Lipman that granted a new trial in cause number 2:23-cr-20191-SHL.

2. That while an abuse of discretion standard should apply to the district court's ruling, it is the understanding of undersigned counsel that if the U.S. Court of Appeals for the Sixth Circuit reviews the case, judicial economy should call for a full reading of the appellate issue that should otherwise be reviewed.

3. The issues include, but are not necessarily limited to:
    a. The original trial judge's restriction on cooperating witnesses clearly violated the Confrontation Clause of the United States Constitution.

    b. The denial of evidence related to res gestae violated the due process rights under the Confrontation Clause and long-standing principles of evidence.

    c. The use of 404(B) evidence related to one defendant was a violation and presented as unfair prejudice against Defendant Bean, while also raising relevance issues related to prior incidents.

    d. The trial court abused its discretion by refusing to allow the introduction of a video clearly showed an image of an individual moving between vehicles, which was captured by a "sky cop" camera and handed over by the Government in discovery.

    e. The various evidentiary rulings were erroneous at trial and should be reviewed by this Court. The Cross Appeal is necessary for the Court to have a full appreciation of the entire record in this case.

    Respectfully submitted,

    **PERRY GRIFFIN, PC**

    /s/ John Keith Perry, Jr.
John Keith Perry, Jr., (TNB#24283)
Attorney for Defendant
5699 Getwell Road. Bldg. G5
Southaven, MS 38672
P: 662-536-6868
F: 662-536-6869
JKP@PerryGriffin.com

    /s/ Andre Thomas
GARRETT & THOMAS LAW
295 Washington Avenue, Suite 2
Memphis, Tennessee 38103
901-529-0022
at@andrethomaslaw.com

    /s/ Kevin P. Whitmore

Attorney Representative of  
LAST CHANCE LAW FIRM PLLC  
301 Washington Avenue  
Suite 202  
Memphis, Tennessee 38103  
901-461-1039  
whitmore@lastchancelaw.com

**CERTIFICATE OF SERVICE**

I, John Keith Perry, certify that I have filed a true and correct copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record:

David Pritchard  
U.S. ATTORNEY'S OFFICE  
Federal Building  
167 N. Main St.  
Ste. 800  
Memphis, TN 38103  
Email: david.pritchard2@usdoj.gov

Forrest Christian  
DOJ-CRT  
950 Pennsylvania Avenue, NW Building  
Room 7116  
Washington, DC 20530  
Email: Forrest.Christian@usdoj.gov

Kathryn Gilbert  
DOJ-CRT  
950 Pennsylvania Ave NW  
Washington, DC 20530  
Email: kathryn.gilbert@usdoj.gov

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128
Email: masseymccluskylaw@gmail.com

Michael Stengel
MICHAEL J. STENGEL, ATTORNEY AT LAW
619 South Cooper Street Memphis, TN 38104
Email: stengel12260@mjspc.com

Blake D. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave. Ste. 1250 Memphis, TN 38103
Email: bballin@bbfpc.com

Martin W. Zummach
SPARKMAN ZUMMACH, P.C.
P.O. Box 266 Southaven, MS 38671-0266
Email: martin@sparkman-zummach.com

This the 2nd day of October 2025.

/s/ **John Keith Perry, Jr.**
JOHN KEITH PERRY, JR.
