IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 2:23-cr-20191-MSN |
| | ) | CR. No. 2:23-cr-20191-SHL |
| EMMITT MARTIN, III, *et al.* | ) | |

### NOTICE OF APPEAL BY EMMITT MARTIN, III OF ORDER ECF NO. 919

Emmitt Martin, III, through counsel, pursuant to Rule 4(b)(1)(A)(ii) of the Federal Rules of Appellate Procedure, cross-appeals to the United States Court of Appeals for the Sixth Circuit from the "Order Granting Motions for New Trial" entered on August 28, 2025 (ECF No. 919, PageIDs 16555–16565), which the government appealed on September 23, 2025 (ECF No. 946, PageIDs 16629–16631).

Respectfully submitted this 5th day of October, 2025.

RITCHIE, JOHNSON & STOVALL, P.C.

/s/Stephen Ross Johnson
STEPHEN ROSS JOHNSON [TN BPR No. 022140]
CATALINA L.C. GOODWIN [TN BPR No. 038660]
606 W. Main Street, Suite 300
Knoxville, TN 37902
(865) 637-0661
johnson@rjs.law
goodwin@rjs.law

THE LAW OFFICE OF MASSEY MCCLUSKY FUCHS & BALLENGER

/s/ William D. Massey
WILLIAM D. MASSEY [BPR No. 9568]
3074 East Road
Memphis, TN 38128
(901) 384-4004
w.massey3074@gmail.com
masseymccluskylaw@gmail.com

**CERTIFICATE OF SERVICE**

      I certify that on October 5, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                        s/Stephen Ross Johnson